UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE SOTO,

        Plaintiff,

v.

SOLACE FINANCIAL, L.L.C.,

        Defendant.
                                       /

Case No. 11-11991

Honorable John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

Plaintiff Denise Soto filed a three-count complaint in this court on May 6, 2011, alleging violations of the following statutes: the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.*, in Count I; Michigan's Occupational Code, Mich. Comp. Laws Ann. § 339.901, in Count II; and Michigan's Collection Practices Act, Mich. Comp. Laws Ann. § 445.251, in Count III.

Although Plaintiff's federal causes of action are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Accordingly, it is hereby **ORDERED** that Counts II and III are **DISMISSED.**

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: July 1, 2011

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 1, 2011, using the ECF system.

                                                 s/William Barkholz
                                                 Case Manager